# United States District Court
## *Southern District of Georgia*

QUADRAMEL TRELLION WILLIAMS,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

          **V.**

CASE NUMBER: CV415-240

THE STATE OF GEORGIA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 11, 2016, the Report and

Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore,

the Plaintiff's complaint is DISMISSED with prejudice and this civil action stands CLOSED.

January 11, 2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*